FILED
2023 Apr-11 PM 01:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

# PETWAY, FRENCH & FORD, LLP

## ATTORNEYS AT LAW

MICHAEL D. PETWAY
G. COURTNEY FRENCH
SAMUEL K. FORD

600 LUCKIE DRIVE SUITE 300
BIRMINGHAM, AL 35223
(205) 977-9798

CHRISTIN R. FRENCH
WWW.FPFLAW.COM
Fax (205) 977-9799

March 3, 2022

*VIA Email Transmission*
Winston Winston Jenkins & Chastain, LLC
The Honorable Robert Bynon
c/o: Villa Glen Apartments
1800 12th Ave S
Birmingham, AL 35205

| | | |
|---|---|---|
| RE: | Our Client: | **Morlene Wagner and Jaylen Wagner** |
| | Address: | **812 Villa Glen, Bessemer, AL 35020** |
| | Date of Loss: | **10/30/2021** |
| | Our Matter No.: | **5162-1** |

Dear Madam/Sir:

I have enclosed special damages information for my clients Morlene Wagner and Jaylen Wagner.

As you know, Ms. Morlene Wagner and Mr. Jaylen Wagner were residents of Villa Glen Apartments on October 30, 2021 when they suffered bodily injures as a result of level 39 carbon monoxide exposure in their apartment.

Based upon the clear liability of this incident along with the injuries suffered by my clients, I can recommend that Ms. Morlene Wagner settle her claim against Villa Glen Apartments for $52,500.00 and I can recommend that Mr. Jaylen Wagner settle his claim against Villa Glen Apartments for $59,500.00.

I look forward to discussing this claim with you.

Sincerely,
Petway, French & Ford, LLP

Samuel K. Ford, Esq.

SKF/lc
Enclosure