FILED
2023 Jul-20 AM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED NATIONAL INSURANCE COMPANY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MORLENE WAGNER; et al.** <br><br> **Defendants.** | **CIVIL ACTION NO.:** <br> **2:23-cv-00457-SGC** |

## UNITED NATIONAL INSURANCE COMPANY'S RESPONSE TO 900 DIVISION STREET LLC'S PARTIAL MOTION TO DISMISS

COMES NOW United National Insurance Company ("United"), and for its response to Defendant 900 Division Street LLC's ("900 Division") Partial Motion to Dismiss (Doc. 9), respectfully submits the following:

1. United's Complaint for Declaratory Judgment seeks a determination of its obligation(s) to defend and/or indemnify its putative insured(s) in the underlying action.

2. 900 Division correctly argues in its Motion that the duty to indemnify is not yet ripe because liability has not been adjudicated in the underlying action.

3. However, the duty to defend presents a justiciable controversy, and is ripe for adjudication in this action. *See*, e.g., *Colony Ins. Co. v. Floyd's Prof'l. Tree Serv.,* 2008 U.S. Dist. Lexis 52747, 2008 WL 2705123 (M.D. Ala. 2008).

WHEREFORE, PREMISES CONSIDERED, United respectfully requests this Honorable Court dismiss the duty to indemnify claim, *without prejudice*, and permit the action to proceed with respect to the duty to defend for the foregoing reasons.

Respectfully submitted on this the 20th day of July, 2023.

/s/ John W Johnson II
John W Johnson II (ASB-1471-H69J)

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
jwjohnson@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2023, that a true and correct copy of the foregoing was served electronically by operation of this Court's CM/ECF filing system to the following counsel of record:

Hilary Michele Williamson
Thomas Lee Oliver, III
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
toliver@bradley.com
hwilliamson@bradley.com

/s/ John W Johnson II