UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) CASE NO: 2:23-CV-457-SGC |
| v. | ) ) |
| MORLENE WAGNER, et al. | ) ) ) |
| Defendants. | ) ) |

### DEFENDANT 900 DIVISION STREET, LLC'S MOTION TO REMAND

Defendant 900 Division Street, LLC ("900 Division") hereby moves to remand Plaintiff United National Insurance Company's ("United National") claims against it for lack of subject matter jurisdiction. In support thereof, 900 Division states as follows:

1. United National filed this complaint for declaratory judgment against defendants 900 Division, Morlene Wagner, Jaylen Wagner, and Arlington Street Properties, LLC on April 11, 2023. (Doc. 1).

2. The complaint describes 900 Division as "a limited liability company organized and existing under the laws of the State of Delaware with its principal location in Gambrills, MD" and alleges that, "[u]pon information and belief, its sole member is . . . a resident citizen of the State of New York." (Id. at ¶ 5).

3. On June 15, 2023, 900 Division filed an answer and partial motion to dismiss United National's claims seeking declaratory judgment on its duty to indemnify 900 Division in the underlying civil action. (Docs. 9, 10).

4. As to United National's allegations relating to 900 Division's citizenship, 900 Division admitted that it is a limited liability company originating under the laws of the State of Delaware but denied the remaining allegations in Paragraph 5 of United National's complaint. (Doc. 10 at ¶ 5).

5. The citizenship of a limited liability company or limited partnership is the citizenship of each member of the limited liability company or each limited partner of the limited liability partnership. *See Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011). The inquiry of ultimate citizenship can go through multiple layers until all the natural persons and corporations are determined such that true diversity can be determined. Ultimately, the limited liability company or limited partnership is a citizen of each state in which one of its natural persons or corporations is a citizen. *Green Rolling Hills MHP v. Comcast SCH Holdings*, 374 F.3d 1020, 1021–22 (11th Cir. 2004).

6. United National is a citizen of Pennsylvania. (Doc. 4).

7. Upon an investigation in preparation of its Rule 7.1 disclosure regarding its citizenship, 900 Division has determined that it is a citizen of numerous

states, including Pennsylvania. An affidavit describing the ownership structure of 900 Division and the relevant citizenships is attached hereto as Exhibit A.

8. The affidavit explains that Bessemer Investment Fund, LLC is the sole member of 900 Division, and that one of Bessemer Investment Fund, LLC's limited members is domiciled in Pennsylvania.

9. Because both plaintiff and defendant are citizens of Pennsylvania, complete diversity does not exist, and the court therefore does not have jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

**WHEREFORE**, in light of the fact that there is no subject matter jurisdiction in this court, 900 Division respectfully moves the court to remand this action for lack of subject matter jurisdiction.

Respectfully submitted,

/s/ Hilary M. Williamson
Thomas Lee Oliver III (ASB-8256-W15L)
Hilary Michele Williamson (ASB-2110-H42W)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
toliver@bradley.com
hwilliamson@bradley.com
*Attorneys for Defendant*
*900 Division Street, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Johnson, II
Christian & Small, LLP
505 20th Street North, Ste 1800
Birmingham, AL 35203
*Attorney for Plaintiff*

Molly Chafe Brockmeyer
Boyle, Leonard, & Anderson
9111 W. College Pointe Dr.
Fort Myers, FL 33919

Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, P.C.
1130 22nd Street South, Ste. 4000
*Attorneys for Defendant Arlington Properties*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Morlene Wagner
Jaylen Wagner
5614 Clarence Street
Bessemer, AL 35022
*Defendants*

/s/ Hilary M. Williamson
OF COUNSEL