FILED
2023 Aug-22 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) CASE NO: 2:23-CV-457-SGC |
| v. | ) ) |
| MORLENE WAGNER, et al. | ) ) |
| Defendants. | ) |

## AFFIDAVIT OF COLIN MOORHEAD

Before me, the undersigned authority, in and for said County and State, personally appeared Colin Moorhead, who, after being duly sworn by me, deposes and testifies as follows:

1. My name is Colin Moorhead. I am over nineteen years of age, and I am duly authorized to make this affidavit based on my personal knowledge of this case and the documentary evidence.

2. I am a managing partner of MRKT Bessemer, LLC ("MRKT Bessemer") and I am duly authorized to make this affidavit on behalf of 900 Division Street LLC ("900 Division").

3. I am aware that 900 Division is a defendant in the above-referenced matter. 900 Division is a Delaware limited liability company.

4. I am also aware that Bessemer Investment Fund, LLC is the sole member of 900 Division Street. Bessemer Investment Fund, LLC is a Delaware limited liability company.

5. I am also aware that MRKT Bessemer, LLC is the managing member of Bessemer Investment Fund, LLC and has a 15% interest in Bessemer Investment Fund, LLC. MRKT Bessemer has five members:

   a.   Colin Moorhead has a 23.4% interest in MRKT Bessemer, LLC and is domiciled in North Carolina.

   b.   David Katz has a 23.4% interest in MRKT Bessemer, LLC and is domiciled in Maryland.

   c.   Robert Thorsen has a 23.4% interest in MRKT Bessemer, LLC and is domiciled in Florida.

   d.   Robert Ransom has a 23.4% interest in MRKT Bessemer, LLC and is domiciled in Tennessee.

   e.   Ronald Sroka has a 6.3% interest in MRKT Bessemer, LLC and is domiciled in Maryland.

6. The other 85% interest in Bessemer Investment Fund, LLC is comprised of limited members. At least one of those members, Craig Snelgrove, is domiciled in Pennsylvania. Mr. Snelgrove owns a 1.85% interest in Bessemer Investment Fund, LLC.

7. Attached hereto as Exhibit 1 is a Form K-1 showing that Craig P. Snelgrove is domiciled in Pennsylvania.

FURTHER AFFIANT SAYETH NOT.

Dated: 8/3/23

_____
Colin Moorhead

STATE OF __NC__ )
) ss.
County of __New Hanover__ )

    I, the undersigned authority, a Notary Public in and for said county in said state, hereby certify that Colin Moorhead, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

    Sworn to and subscribed before me on this __3__ day of __August__, 2023.



JACOB ANDERSON
Notary Public
North Carolina
New Hanover County

_____
NOTARY

[NOTARIAL SEAL] My commission expires __Sept 11, 2027__