# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED NATIONAL INSURANCE COMPANY,** | |
| Plaintiff, | CIVIL ACTION NO.: |
| v. | 2:23-cv-00457-SGC |
| **MORLENE WAGNER; et al.** | |
| Defendants. | |

## UNOPPOSED MOTION TO DISMISS

COMES NOW United National Insurance Company, and pursuant to Rule 41(a)(2), hereby moves this Honorable Court to enter an Order dismissing this action, without prejudice. In support of this Motion, United National submits that all parties have conferred and do not oppose said dismissal. The parties agree that said dismissal is not a waiver of any claim or defense, whether in law, fact or contract, a party may have under the policy of insurance made the basis of this action. The parties agree that costs should be taxed as paid.

Respectfully submitted on this the 28th day of September, 2023.

/s/ John W Johnson II
John W Johnson II (ASB-1471-H69J)

**OF COUNSEL:**
**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203

Telephone: (205) 795-6588
Facsimile: (205) 328-7234
jwjohnson@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023, that a true and correct copy of the foregoing was served electronically by operation of this Court's CM/ECF filing system to the following counsel of record:

Thomas Lee Oliver III
Hilary Michele Williamson
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
toliver@bradley.com
hwilliamson@bradley.com

Molly Chafe Brockmeyer (pro hac vice)
BOYLE LEONARD & ANDERSON PA
9111 W. College Pointe Drive
Fort Myers, FL 33919
mbrockmeyer@insurance-counsel.com

Barry Ragsdale
Robert Smith Vance
DOMINICK FELD HYDE P.C.
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ John W Johnson II

4049428.1