FILED
2023 Sep-29 PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED NATIONAL INSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **MORLENE WAGNER, et al.,** ) ) **Defendant.** ) ) | **Case No: 2:23cv457 AMM** |

## ORDER OF DISMISSAL

This matter comes before the court upon the Unopposed Motion to Dismiss. Doc. 33. Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**, with costs taxed as paid.

**DONE** and **ORDERED** this 29th day of September, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE